UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kim Dye, | ) | C/A No.  4:13-2121-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order |
| vs. | ) | |
| | ) | |
| Cherokee County Detention Center, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff, while a pretrial detainee at the Cherokee County Detention Center, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983.  By order dated August 14, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process.  Plaintiff did not receive the order, as it was returned to the Court as undeliverable mail and stamped "not deliverable as addressed, unable to forward."  Plaintiff has not provided the Court with a new address at which he or she receives mail, and the record indicates no attempt by Plaintiff to contact the Court since filing the complaint.  The case is therefore **dismissed, *without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

   **IT IS SO ORDERED**.

                                     David C. Norton
                                     United States District Judge

September 5, 2013
Charleston, South Carolina

### NOTICE OF RIGHT TO APPEAL

   The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.